UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEW ENGLAND CONFECTIONERY   \*
COMPANY, INC.,              \*
                            \*
    Plaintiff,              \*
                            \*
        v.                  \*   Civil Action No. 12-10578-JLT
                            \*
ALLIED INTERNATIONAL        \*
CORPORATION OF VIRGINIA,    \*
                            \*
    Defendant.              \*

ORDER

January 4, 2013

TAURO, J.

After a Scheduling Conference on January 3, 2013, this court hereby orders that:

1. The parties may conduct the following depositions:

    a. Plaintiff: All individuals or entities specifically named in Plaintiff's <u>List of Expected Deponents</u> [#24].

    B. Defendant: All individuals specifically named in Defendant's <u>List of Proposed Deponents</u> [#22].

2. All depositions shall be completed by September 30, 2013.

3. No further discovery is permitted without leave of this court.

4. A Further Conference is scheduled for October 8, 2013, at 10:30 a.m.

IT IS SO ORDERED.

  /s/ Joseph L. Tauro
United States District Judge